IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT NASHVILLE

MARCH SESSION, 1997

**FILED**

**November 4, 1997**

**Cecil W. Crowson**
**Appellate Court Clerk**

MELVIN LEE BURKETT,    )
           )
    Appellant,    )    No. 01C01-9605-CC-00202
           )
           )    Humphreys County
v.           )
           )    Honorable Allen W. Wallace, Judge
           )
STATE OF TENNESSEE,    )    (Post-Conviction)
           )
    Appellee.    )


## DISSENTING OPINION


I respectfully dissent because I believe that <u>State v. Roger Dale Hill, Sr.</u>, No. 01C01-9508-CC-00267, Wayne County (Tenn. Crim. App. June 20, 1996), <u>app. granted</u> (Tenn. Jan. 6, 1997), represents the law in Tennessee. The indictment in the present case is similar to that in <u>Hill</u> in all material respects. I note that in <u>Jackson v. Virginia</u>, 443 U.S. 307, 319, 99 S. Ct. 2781, 2789 (1979), the United States Supreme Court concluded that conviction and punishment of an individual upon legally insufficient evidence constituted a violation of due process. I believe that, similarly, conviction and punishment upon a void indictment would constitute a violation of due process.


_____
Joseph M. Tipton, Judge